

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

UNITED STATES OF AMERICA

       V.

                              CR. NO.  3:15-801-JFA

**BRANNON POWELL –08**
**WENDREL G. WILLIAMS –09**
**TAURIN MORTON –11**
**CARLUS ANDERSON –13**
**VINCENT PAULING –14**


## SCHEDULING NOTICE

**MOTIONS:**   The final date for filing all motions is *March 30, 2016*.

**PRETRIAL CONFERENCE:** A pretrial conference *April 28, 2016 at 9:30 am* before the *Honorable Joseph F. Anderson, Jr. in courtroom #4* in the Matthew J. Perry Courthouse, Columbia, South Carolina.  The defendant and his/her attorney must attend the conference.  **NOTE:** *If a plea Agreement has been reached, the Change of Plea hearing will be held at this time.*

**JURY SELECTION AND TRIAL:** A jury will be selected for the trial of this case*, May 3, 2016 at 9:30am* in Courtroom Number Four, Matthew J. Perry Courthouse, Columbia, South Carolina.  The defendant and his/her attorney must be present for the entire jury selection process.  The trial judge will be *Honorable Joseph F. Anderson, Jr.*  The date for the trial of this case will be announced on the date the jury is selected.

    \*Pursuant to the Local Rules of this court, counsel must submit any proposed voir dire questions and special jury instructions to the court (with a copy being sent to opposing counsel) at least five business days prior to jury selection. Strikes for cause are to be submitted 2 business days prior to jury selection.  If such requests are not made by the deadline, counsel shall have waived the right to submit them.

    \*All parties are advised that the jury clerk will send each juror a written questionnaire to be completed and returned prior to jury selection.  Copies of these questionnaire responses will be available for purchase at **Copy Pickup, Inc. 2733 Millwood Avenue, Columbia, SC 29205-1262, phone number (803-799-2679);  fax number (803-252-2431) and email: copypickup@copypickup.com** beginning seven (7) days prior to jury selection**;** a Juror Questionnaire Request Form may be accessed on the web at *www.scd.uscourts.gov/docs.htm* (Click on Calendar Attachments.), as well as Judge Anderson's standing Order #3:98-mc-36 addressing required attendance at pretrial conference.  The originals of the questionnaire responses will be available for inspection in the clerk's office during the same time period.  The questionnaires ask many of the same questions that are traditionally asked of the jurors during *voir dire* at jury selection.  All parties are responsible for obtaining copies of the questionnaire responses.  The questions on the juror questionnaires will not be repeated in the courtroom during jury selection.  *Upon arrival at the jury assembly room, members of the jury panel will be shown a Juror Orientation Video.  You may review a transcript of the video at www.scd.uscourts.gov/Judges/J_Anderson.asp.*

                                                                    ROBIN L. BLUME, CLERK

March 22, 2016                                                /s/ Mary L. Floyd, Deputy Clerk

*ATTENTION ALL PARTIES: A picture ID is required for everyone entering the Courthouse.*