IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE 3:15-00801-CRI-06 |
| | : | |
| PHILLIP BROWN, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REQUEST FOR PROTECTION

Tyler D. Bailey and Steven H. Sadow, counsel for the Defendant, respectfully requests protection from being called to hearings or other Court appearances in this case as follows:

1.  Counsel will be on personal vacation August 29-September 9, 2016.

2.  Counsel will be on personal vacation September 23-October 7, 2016.

3.  Counsel will be on personal vacation October 31-November 11, 2016.

**[SIGNATURE ON THE FOLLOWING PAGE]**

Respectfully submitted,

*/s/ Tyler D. Bailey*
Federal ID #12294
BAILEY LAW FIRM, L.L.C.
Local Counsel for Defendant

1803 Hampton Street (29201)
P.O. Box 532
Columbia, South Carolina 29202
(803) 667-9716
tyler@baileylawfirmsc.com

*Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Counsel for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
(404) 577-1400
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I, Tyler D. Bailey hereby certify that on June 30, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notifications of such filing to all parties of record.

*/s/ Tyler D. Bailey*
TYLER D. BAILEY