# If a Plea Agreement has been reached, the Change of Plea hearing will be held at this time.

*Wednesday, October 19, 2016 –Courtroom #4 at 9:30am*

*Joseph F. Anderson, Jr., United States District Judge*

*Jury Selection to be held on November 1, 2016*

| Case | Counsel | Loc | Case Number |
|---|---|---|---|
| United States of America vs.<br><br>JOHN TIMOTHY CANNON –04 | William K. Witherspoon<br><br>Amiee Zmroczek | C | CR 3:14-430 |
| United States of America vs.<br><br>JOHN BERRY WILSON –28 | J.D. Rowell<br><br>August Swarat, II | C | CR 3:14-604 |
| United States of America vs.<br><br>STEFAN D. SEAY –01<br>QUVIS GIBSON –02<br>KENNETH GRAVES –04<br>COREY L. JENKINS –05<br><br>PHILLIP BROWN –06<br><br>DAMIEN M. WHITE –07<br><br>KEVIN THOMPSON –10<br>TAURIN MORTON –11<br>SHELLEY JOHNSON –12<br>CARLUS ANDERSON –13<br>VINCENT PAULING –14<br>ANTRON T. KINLEY –15<br>JAMARCUS D. DIXON –17 | J.D. Rowell<br><br>Jeremy A. Thompson<br>William A. Hodge<br>Jonathan M. Milling<br>Reginald D. Simmons<br>Dwight Lowell Thomas phv<br>Tyler D. Bailey<br>Steven H. Sadow phv–<br>J. Todd Rutherford<br>Simone R. Martin<br>Charles T. Brooks, III<br>Daniell S. Landers<br>Stanley L. Myers<br>Wade S. Kolb, Jr.<br>Jerry L. Finney<br>Cameron B. Littlejohn<br>Rose Mary Parham | <br><br>C<br>B<br>B<br>B<br><br>B<br><br>C<br><br>B<br>C<br>B<br>C<br>B<br>B<br>C | CR 3:15-801 |
| United States of America vs.<br><br><br>TIMOTHY EARL BOOKERT, JR. –03<br>ANA FOGHIS –04<br>CHRIS MIKEL JOHNSON –06<br>RODNEY MOUZON –09<br>ADRELL ANTONIO PRESSLEY –10<br>MELVIN DAYWAN ROGERS –12<br>RONDEL ANTONIO ROGERS –13<br>TOMAS RUBALCABA –16<br><br>STEVIOUS THOMPSON –18<br>TIM WATSON –19 | J.D. Rowell<br><br><br>Robert E. Kneece, Jr.<br>William W. Watkins, Sr.<br>Mark R. Calhoun<br>August Swarat, II<br>W. Michael Duncan<br>Scott J. Hayes<br>Victor K. Li<br>S. Harrison Saunders<br>Robert Jason Bowles<br>Jack B. Swerling<br>Yvonne Murray-Boyles | <br><br><br>B<br>B<br>C<br>C<br>B<br>C<br>B<br>B<br><br>C<br>C | CR 3:16-69 |
| United States of America vs.<br><br>ALI ABDULLAH SHAKUR | William K. Witherspoon<br><br>J. Christopher Mills | C | CR 3:16-163 |
| United States of America vs.<br><br>PAGAN BARNES | J.D. Rowell<br><br>Nathaniel Roberson | B | CR 5:16-165 |

| | | | |
|---|---|---|---|
| United States of America vs. BRYAN JAVON WILLIAMS | Jay Richardson William C. Lewis Daniel C. Leonardi | B | CR 3:16-248 |
| United States of America vs. EMANUEL CHEESEBORO | William K. Witherspoon Harrison Saunders, VI | C | CR 3:16-558 |

U. S DISTRICT COURT
CLERK OF COURT

*Mary L. Floyd*

Mary L. Floyd, Deputy Clerk

August 31, 2016